735 N. Water Street, Suite 610
Milwaukee, WI 53202
**P:** (414) 436-0353 | **F:** (414) 436-0354
mwhlawgroup.com



Milwaukee, WI
West Des Moines, IA
Chicago, IL
Madison, WI
Indianapolis, IN
New York, NY

November 4, 2024

Clerk of Court
U.S. District Court
for the Eastern District of Wisconsin

    **Re:    Jennifer Feather v. Wisconsin State Fair Park Police Department et al**
           **USDC ED WI Case No. 2:23-cv-01535-WED**

Dear Clerk:

    Please note that as of August 2, 2024, Attorney Mercedes de la Rosa is no longer an attorney with MWH Law Group and is withdrawn as counsel of record in this matter for Defendant Robert Malasuk. I will continue to represent Defendant Robert Malasuk in this matter. I respectfully request that all future notices or correspondence be directed to Carlos R. Pastrana and my attention and that Attorney Mercedes de la Rosa be removed from this matter as an attorney of record for Defendant Robert Malasuk.

    Thank you.

                                   Sincerely,
                                   Warren E. Buliox
                                   Carlos R. Pastrana